ROBERT W. CHRISTIE, Respondent, *v.* 46TH ST. THEATRE CORP., et al., Appellants.

Argued January 7, 1944; decided February 24, 1944.

*Milton R. Weinberger, William Klein, Laurence V. Benedict* and *Adolph Lund* for appellant.

*Charles M. Hughes* for respondent.

*Nathaniel L. Goldstein, Attorney-General (Wendell P. Brown* and *Orrin G. Judd* of counsel), appearing in support of the constitutionality of section 40-b of the Civil Rights Law, pursuant to section 68 of the Executive Law.

Judgment affirmed; no opinion. (See 292 N. Y. 643.)

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, CONWAY, DESMOND and THACHER, JJ. Taking no part: LEWIS, J.